IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

EBONEE JACQUESE BELL                                                                      PLAINTIFF

v.                                           Case No. 4:25-cv-4004

LIEUTENANT RAMI COX, Jail Administrator,
Lafeyette County Detention Center                                                         DEFENDANT

## ORDER

    Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 7. Judge Ford recommends that Plaintiff's Complaint (ECF No. 1) be dismissed without prejudice for failure to prosecute this matter and failure to obey Orders of the Court. Plaintiff has not objected to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

    Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the R&R (ECF No. 7) in toto. Accordingly, Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED**, this 1st day of May, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge